Form defntcind

**UNITED STATES BANKRUPTCY COURT**
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

Case No.: 10–13093–JMD
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott A. Marquis | Prudence G. Marquis |
| 216 Dearborn Rd. | 216 Dearborn Rd. |
| Pembroke, NH 03275 | Pembroke, NH 03275 |

Social Security No.:
   xxx–xx–5638                                                                xxx–xx–9611

Tax I.D. No.:

## DEFICIENCY NOTICE

To the Debtor(s) and the Debtor(s)' attorney, if any:

In order for this case to be administered, it is necessary that the item(s) listed below be filed by the due date.

Credit Counseling Form 07/30/2010
Chapter 13 Plan 07/30/2010
Incomplete Filings Due 07/30/2010

If the Debtor(s) fail to file all documents required to be filed under 11 U.S.C. § 521(a)(1), as applicable, i.e., the list of creditors, Schedules A through J, the Statement of Financial Affairs, the Notice to Individual Consumer Debtor under § 342(b), and Form B22, **this case will be automatically dismissed pursuant to 11 U.S.C. § 521(i)(1) effective not applicable.**

If the Debtor(s) fail to file any of the other documents listed that are required by Local Bankruptcy Rule 1007–1, an Order to Show Cause as to why the Debtor's case should not be dismissed will be scheduled.

Dated: 7/19/10

                                                                For the Court
                                                                George A. Vannah, Clerk
                                                                By: /s/ Heather Kelley
                                                                Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0102-1          User: hk              Page 1 of 1              Date Rcvd: Jul 19, 2010
Case: 10-13093                Form ID: 805          Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 21, 2010.
db/jdb     +Scott A. Marquis,   Prudence G. Marquis,   216 Dearborn Rd.,   Pembroke, NH 03275-1347

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2010**                 **Signature:**        *Joseph Speetjens*