B9I (Official Form 9I) (Chapter 13 Case) (12/07)                                           Case Number **10−13093−JMD**

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire Live Database

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/16/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Scott A. Marquis<br>216 Dearborn Rd.<br>Pembroke, NH 03275 | Prudence G. Marquis<br>216 Dearborn Rd.<br>Pembroke, NH 03275 |
| Case Number:<br>10−13093−JMD | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−5638<br>xxx−xx−9611 |
| Attorney for Debtor(s) (name and address):<br>Raymond J. DiLucci<br>Raymond J. DiLucci, P.A.<br>81 South State Street<br>Concord, NH 03301<br>Telephone number: (603) 224−2100 | Bankruptcy Trustee (name and address):<br>Lawrence P. Sumski<br>Trustee<br>1000 Elm Street<br>10th Floor<br>Manchester, NH 03101<br>Telephone number: (603) 626−8899 |

## Meeting of Creditors
Date: **August 16, 2010**                                  Time: **02:00 PM**
Location: **1000 Elm Street, 7th Floor − Room 702, Manchester, NH 03101**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **11/15/10**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **1/12/11**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 10/15/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has not filed a plan as of this date. The plan or a summary of the plan will be mailed separately when it is filed.
The hearing on confirmation will be held:
Date: **9/10/10** , Time: **09:00 AM** , Location: **1000 Elm Street, 11th Floor, Courtroom 2, Manchester, NH 03101**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>1000 Elm Street<br>Suite 1001<br>Manchester, NH 03101−1708<br>Telephone number: 603−222−2600 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>George A. Vannah |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: 7/19/10 |

**EXPLANATIONS**  B9I (Official Form 9I) (12/07)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Trustee | The trustee named on the reverse side is the Standing Chapter 13 Trustee appointed in this case by the U.S. Trustee to serve under the general blanket bond heretofore approved. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT District of New Hampshire Live Database | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Scott A. Marquis<br>　　　　　　　　Prudence G. Marquis | Case Number:　10-13093-JMD |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br>Telephone number: | **Court Claim Number:**＿＿＿＿＿＿＿＿＿＿<br>(*If known*)<br><br><br>Filed on:＿＿＿＿＿＿＿＿＿＿＿＿＿＿ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**　　　$＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**　＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　**3a. Debtor may have scheduled account as:**　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
　Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

　**Nature of property or right of setoff:**　☐ Real Estate　　☐ Motor Vehicle　　☐ Other
　**Describe:**

　**Value of Property: $**＿＿＿＿＿＿＿＿＿　**Annual Interest Rate**＿＿＿%

　**Amount of arrearage and other charges as of time case filed included in secured claim,**
　　**if any: $**＿＿＿＿＿＿＿＿＿＿　**Basis for perfection:**　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　**Amount of Secured Claim: $**＿＿＿＿＿＿＿＿＿＿　**Amount Unsecured: $**＿＿＿＿＿＿＿＿＿＿

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$＿＿＿＿＿＿＿＿

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____      _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0102-1           User: admin                  Page 1 of 2                   Date Rcvd: Jul 19, 2010
Case: 10-13093                 Form ID: B9I                 Total Noticed: 64


The following entities were noticed by first class mail on Jul 21, 2010.
db/jdb        +Scott A. Marquis,    Prudence G. Marquis,    216 Dearborn Rd.,    Pembroke, NH 03275-1347
aty           +Raymond J. DiLucci,    Raymond J. DiLucci, P.A.,    81 South State Street,    Concord, NH 03301-3521
tr            +Lawrence P. Sumski,    Trustee,    1000 Elm Street,    10th Floor,    Manchester, NH 03101-1711
2245423       +ACN Corporate Headquarters,    1000 Progress Place,    Concord, NC 28025-2449
2245421        Ablitt Law Offices, P.C.,    304 Cambridge Rd., Ste 400,    Woburn, MA 01801-6040
2245422       +Academy Collection Svc. Inc.,    10965 Decatur Rd.,    Philadelphia, PA 19154-3294
2245427       +Aurora Loan Services,    10350 Park Meadows Dr., Ste. 500,    Littleton, CO 80124-6800
2245433       +Chittenden Bank,    PO Box 6568,    Rutland, VT 05702-6568
2245437        Commercial Credit Adjusters,    800-259 Portage Ave.,    Winnepeg, MB Canada,    R3B 0C9
2245438       +Concord Hospital,    250 Pleasant St,    Concord, NH 03301-2598
2245439        DirectTV, Inc.,    Customer Service,    PO Box 6550,    Greenwood Village, CO 80155-6550
2245440        Elliot Health System,    PO Box 1021,    Pembroke, MA 02359-1021
2245441        Elliot Hospital,    PO Box 2040,    Manchester, NH 03105-2040
2245442        Elliot Physician Network,    PO Box 9676,    Manchester, NH 03108-9676
2245443       +Elliot Professional Services,    One Elliot Way,    Manchester, NH 03103-3502
2245445        Faicollect,    PO Box 7148,    Bellevue, WA 98008-1148
2245446        First Horizon Bankcard Center,    PO Box 385,    Memphis, TN 38101-0385
2245448       +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                Houston, TX 77081-1108
2245452        GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
2245453       +Gragil Associates INC,    29 Winter St,    Pembroke, MA 02359-4949
2245454       +Irving Oil Corp.,    PO box 11013,    Lewiston, ME 04243-9464
2245455       +Liberty Mutual Insurance,    100 Liberty Way,    Dover, NH 03820-4597
2245457       +Maine Oxy,    22 Albiston Way,    Auburn, ME 04210-4864
2245458       +Merchants Auto Parts,    1278 Hooksett Rd.,    Hooksett, NH 03106-1820
2245461       +Miracle Financial, Inc.,    PO Box 505,    Linden, MI 48451-0505
2245462        Music & Arts,    PO Box 351,    Frederick, MD 21703-0351
2245464       +NCO Financial Systems, Inc.,    507 Prudential RD,    Horsham, PA 19044-2368
2245465       +NCO Financial Systems, Inc.,    PO Box 15391,    Wilmington, DE 19850-5391
2245467        NH Eye Associates, PA,    1415 Elm St., Ste. 102,    Manchester, NH 03101-1342
2245463        Nationwide Credit Inc.,    2015 Vaughn Rd. NW, Ste 400,    Kennesaw, GA 30144-7802
2245466       +Network Comm. Service,    6355 Topanga Canyon Blvd. #255,    Woodland Hills, CA 91367-2117
2245468       +Northland Group,    PO Box 390846,    Edina, MN 55439-0846
2245469       +Peerless Insurance Co.,    62 Maple Ave.,    Keene, NH 03431-1600
2245470       +Peter Roberts & Associates,    231 E. Main St Ste. 2A,    Milford, MA 01757-2821
2245471       +Receivables Mgmt Svcs,    PO Box 539,    Richfield, OH 44286-0539
2245472       +Rymes Propane & Oils,    PO Box 2948,    Concord, NH 03302-2948
2245473       +Scott's Performance Auto Sales, LLC,    216 Dearborn Rd.,    Pembroke, NH 03275-1347
2245474       +Sovereign Bank,    PO Box 12707,    Reading, PA 19612-2707
2245475        Sprint,    PO Box 541023,    Los Angeles, CA 90054-1023
2245741       +State of New Hampshire,    Dept. of Employment Security,    Attn: Arnold Rocklin-Weare,
                32 South Main Street,    Concord, NH 03301-4857
2245476       +Stuart Allan & Assoc.,    5447 E. 5th St., Ste 110,    Tucson, AZ 85711-2345
2245477       +Town of Pembroke,    311 Pembroke St.,    Pembroke, NH 03275-3234
2245478        Unitil,    PO Box 2013,    Concord, NH 03302-2013
2245740        Wage and Hour Administrator,    NH Department of Labor,    PO Box 2076,    Concord, NH 03302-2076

The following entities were noticed by electronic transmission on Jul 19, 2010.
2245425        EDI: AMEREXPR.COM Jul 19 2010 15:38:00      American Express,    PO Box 2855,
                New York, NY 10116-2855
2245424        EDI: AMEREXPR.COM Jul 19 2010 15:38:00      American Express,    PO Box 5207,
                Fort Lauderdale, FL 33310-5207
2245426        E-mail/Text: DEBBIE.SNOW@ANTHEM.COM                            Anthem BC/BS,    3000 Goffs Falls Rd.,
                Manchester, NH 03111-0001
2245428        EDI: BANKAMER2.COM Jul 19 2010 15:38:00      Bank of America,    PO Box 15726,
                Wilmington, DE 19886-5726
2245429       +EDI: BANKAMER2.COM Jul 19 2010 15:38:00      Bank of America, NA,    CT2-102-19-06,    777 Main St.,
                Hartford, CT 06115-2303
2245430       +E-mail/Text: bknotices@bankofthewest.com                            Bank of the West,
                1450 Treat Blvd.,    Walnut Creek, CA 94597-7579
2245431       +EDI: BCTN.COM Jul 19 2010 15:43:00      Bureau of Collection Recov. LLC,    7575 Corporate Way,
                Eden Prairie, MN 55344-2000
2245432       +EDI: CHASE.COM Jul 19 2010 15:38:00      Chase Bank, N.A.,    800 Brooksedge Blvd.,
                Westerville, OH 43081-2822
2245434       +EDI: CITICORP.COM Jul 19 2010 15:38:00      Citi Bank,    PO Box 6062,    Sioux Falls, SD 57117-6062
2245435       +EDI: CITICORP.COM Jul 19 2010 15:38:00      Citi Cards,    PO Box 44195,
                Jacksonville, FL 32231-4195
2245436       +EDI: SEARS.COM Jul 19 2010 15:38:00      Citibank/Sears,    PO Box 6189,
                Sioux Falls, SD 57117-6189
2245444        EDI: RMSC.COM Jul 19 2010 15:38:00      Exxon Mobil,    PO Box 981064,    El Paso, TX 79998-1064
2245449       +EDI: RMSC.COM Jul 19 2010 15:38:00      GE Capital/PPBYCR,    PO Box 981400,
                El Paso, TX 79998-1400
2245450       +EDI: RMSC.COM Jul 19 2010 15:38:00      GEMB/JCP,    PO Box 981131,    El Paso, TX 79998-1131
2245451       +EDI: RMSC.COM Jul 19 2010 15:38:00      GEMB/Sams Club,    PO Box 981064,    El Paso, TX 79998-1064
2245456       +EDI: RESURGENT.COM Jul 19 2010 15:38:00      LVNV Funding LLC,    PO Box 10497,
                Greenville, SC 29603-0497
2245459        EDI: MID8.COM Jul 19 2010 15:43:00      Midland Credit Mangement,    PO Box 60578,
                Los Angeles, CA 90060-0578
2245460       +EDI: MID8.COM Jul 19 2010 15:43:00      Midland Credit Mgmt,    8875 Aero Dr. Ste 200,
                San Diego, CA 92123-2255
2245479       +EDI: AFNIVZWIRE.COM Jul 19 2010 15:38:00      Verizon Wireless,    Customer Service Dept.,
                PO Box 105378,    Atlanta, GA 30348-5378
```

```
District/off: 0102-1          User: admin              Page 2 of 2              Date Rcvd: Jul 19, 2010
Case: 10-13093                Form ID: B9I             Total Noticed: 64

The following entities were noticed by electronic transmission (continued)
2245480        +EDI: WFFC.COM Jul 19 2010 15:38:00      Wells Fargo Business Line,   PO Box 348750,
                Sacramento, CA 95834-8750
                                                                                                TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           +State of New Hampshire,   Dept. of Employment Security,   Attn: Arnold Rocklin-Weare,
                32 South Main Street,   Concord, NH 03301-4857
smg*            Wage and Hour Administrator,   NH Department of Labor,   P.O. Box 2076,   Concord, NH  03302-2076
2245447        ##+First Magnus Financial Corp.,   603 N. Wilmot,   Tucson, AZ 85711-2701
                                                                                  TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2010**                     Signature:     _/s/ Joseph Speetjens_